GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada  89135
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARGARET PERRY-GARCIA, <br><br> Plaintiff, <br><br> vs. <br><br> EQUIFAX INFORMATION SERVICES LLC; and BANCO POPULAR DE PUERTO RICO, <br><br> Defendants. | **Case No. 2:24-cv-01350-JCM-MDC** <br><br> **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** <br><br> **FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from August 16, 2024 through and including **September 16, 2024**.  The request was made by Equifax so that it can have an opportunity

/ /

/ /

1   to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff

2   approves.  This stipulation is filed in good faith and not intended to cause delay.

3          Respectfully submitted, this 16th day of August, 2024.

4

5   CLARK HILL PLLC                                    *No opposition*

6   By: /s/ Gia N. Marina                              /s/ Gerardo Avalos
    Gia N. Marina                                      George Haines, Esq.
7   Nevada Bar No. 15276                               Nevada Bar No. 9411
    1700 South Pavilion Center Drive, Suite 500        Gerardo Avalos, Esq.
8   Las Vegas, Nevada  89135                           Nevada Bar No. 15171
    Telephone:  (702) 862-8300                         FREEDOM LAW GROUP
9   Facsimile:  (702) 778-9709                         8985 S. Eastern Ave., Suite 350
    Email: gmarina@clarkhill.com                       Henderson, NV 89123
10  *Attorney for Defendant Equifax Information*       Phone: (702) 880-5554
11  *Services LLC*                                     Fax: (702) 385-5518
                                                       Email: ghaines@freedomlegalteam.com
12                                                     Email: gavalos@freedomlegalteam.com

13

14                                                     *Attorneys for Plaintiff*

15                              **ORDER**

16              IT IS SO ORDERED.

17

18                                           _____
                                             Hon. Maximiliano D. Couvillier III
19                                           United States Magistrate Judge
                                             DATED:  8/19/2024
20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 16th day of August, 2024, via CM/ECF, upon all counsel of record:


By: /s/ Gia Marina
Gia N. Marina
Nevada Bar No. 15276
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada  89135
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
Email: gmarina@clarkhill.com